UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATTHEW ORSO AS SUCCESSOR
TRUSTEE TO KENNETH D. BELL IN
HIS CAPACITY AS COURT-APPOINTED
RECEIVER FOR REX VENTURE
GROUP, LLC,

      Plaintiff,

v.                                            Case No. 8:21-mc-00008-MSS-AEP

AMERICO VARGAS,

      Defendant.
_____/

## ORDER

This cause came before the Court on Plaintiff's Motion for Writ of Garnishment to Bank of America, N.A., 2918 Little Rd., Trinity, Florida 34655 ("Bank of America") (Doc. 2) (the "Motion"). This matter arises from Plaintiff's efforts to collect on its Final Judgment (Doc. 1-1) entered against Defendant Americo Vargas on August 14, 2017, totaling $46,815.71 with interest from such date. According to Plaintiff, the judgment, plus post-judgment interest, remains unsatisfied. By the instant Motion, Plaintiff requests issuance of a writ of garnishment to Bank of America to assist in satisfying the judgment entered in favor of Plaintiff and against Defendant.

Pursuant to Rule 69, Federal Rules of Civil Procedure, the Court must follow state law regarding execution of a judgment. Florida Statutes § 77.01 *et seq.* allows

recovery of a money judgment via a writ of garnishment. Thus, the Court may enforce the judgment through a writ of garnishment pursuant to Florida law. Upon consideration, the Court finds good cause to grant the Motion. Accordingly, it is hereby

ORDERED:

1. Plaintiff's Motion for Writ of Garnishment to Bank of America (Doc. 2) is GRANTED.

2. The Clerk is directed to issue a Writ of Garnishment upon the Garnishee Bank of America, N.A.

3. As Defendant Americo Vargas is an individual, the Clerk is hereby directed to attach the required notice to Defendant Americo Vargas pursuant to Florida Statutes § 77.041(1) to the writ of garnishment.

DONE AND ORDERED in Tampa, Florida, on this 10th day of June, 2021.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:   Counsel of Record